IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DeANDRE D. CURRINGTON, #269990,    )
                                   )
            Plaintiff,             )
                                   )
    v.                             )    CIVIL ACTION NO. 1:18-CV-150-WHA
                                   )
SHERIFF WALLY OLSON, et al.,       )
                                   )
            Defendants.            )

## ORDER

On October 10, 2019, the Magistrate Judge entered a Recommendation (Doc. #111) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

DONE this 31st day of October, 2019.

        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE